## Crawford, Appellant, *v.* Vogel et al.

Argued March 19, 1971. *William A. Goichman,* for appellant; *Joseph*

*B. Erwin,* with him *Schnader, Harrison, Segal & Lewis,* for appellee.

Order affirmed.

HOFFMAN, J., absent.